# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3970

_____

BRETT ALAN BOYCE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

June 12, 2024

PER CURIAM.

We affirm Appellant's judgment and sentence. We write only to correct scrivener's errors on the Order of Revocation of Probation. *See Ashley v. State*, 850 So. 2d 1265, 1268 n. 3 (Fla. 2003) (defining a scrivener's error as a written clerical error that is not "the result of a judicial determination or error"); *see also Kemp v. State*, 135 So. 3d 347 (Fla. 1st DCA 2013).

The Order of Revocation issued below fails to state that Appellant denied violating conditions (1), (5), and (7) of his probation, admitted to the remaining violations, and that the State then dropped the violations denied. On remand, the Order of Revocation should be corrected to reflect that the revocation is based on the conditions of Appellant's probation that he admitted

to violating. *See Townsend v. State*, 271 So. 3d 1249, 1250 (Fla. 1st DCA 2019). Appellant need not be present for this ministerial correction to the order. *See Wolk v. State*, 320 So. 3d 230, 230–31 (Fla. 1st DCA 2021); *Harvis v. State*, 252 So. 3d 418, 418 (Fla. 1st DCA 2018).

AFFIRM in part, REMAND in part, for correction of scrivener's error.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.